# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| ROXANNE M. GEORGE, | ) | |
| | ) | CASE NO. 4:14-cv-2091 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE GREG WHITE |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendant. | ) | |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the

Commissioner's final decision is AFFIRMED and judgment is entered in favor of the defendant.

IT IS SO ORDERED.

/s/ Greg White
United States Magistrate Judge

Dated: July 16, 2015